Griesa, J.

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

In re SHENGDATECH, INC. SECURITIES
LITIGATION,

This Document Relates to:

ALL ACTIONS

-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-13

CIVIL ACTION NO. 1:11-CV-01918-TPG

STIPULATION REGARDING
ANSWER OR OTHER RESPONSE TO
SECOND CONSOLIDATED
AMENDED CLASS ACTION
COMPLAINT

   Lead Plaintiffs Edward Schaul and Donald Yaw (collectively, the "Lead Plaintiffs") and Defendants A. Carl Mudd and Sheldon B. Saidman (collectively, the "Director Defendants," and together with the Lead Plaintiffs the "Parties") file this *Stipulation Regarding Answer or Other Response to Second Consolidated Amended Class Action Complaint* to memorialize an agreement reached among the Parties.

1. On December 27, 2012, the Director Defendants filed a motion to dismiss Lead Plaintiffs' Consolidated Amended Class Action Complaint (the "Motion to Dismiss");

2. On March 8, 2013, the Lead Plaintiffs filed a motion for leave to amend the Consolidated Amended Class Action Complaint (the "Motion for Leave");

3. The Lead Plaintiffs' Motion for Leave and the Director Defendants' Motion to Dismiss (collectively, the "Motions") are currently pending before the Court;

4. On August 6, 2013, while the Motions were pending before the Court, Lead Plaintiffs filed their *Second Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws* [ECF 65] (the "SAC") due to statute of limitations

concerns solely relating to defendant KPMG Hong Kong (as explained in that certain letter from Mario Alba Jr. to the Honorable Thomas P. Griesa, dated August 6, 2013).

Accordingly, the Parties hereby stipulate and agree that the Director Defendants shall have no obligation to answer or otherwise respond to the SAC while the Motions are pending before the Court.

DATED: August 13, 2013

ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Mario Alba Jr.*

Samuel H. Rudman
Mario Alba Jr.
Edward Y. Kroub
Avital O. Malina
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
malba@rgrdlaw.com
ekroub@rgrdlaw.com
amalina@rgrdlaw.com

*Lead Counsel for Plaintiffs*

FULBRIGHT & JAWORSKI LLP

*Mark Oakes*
_____
Steve Dollar (admitted *pro hac vice*)
Ceren Unal (admitted *pro hac vice*)
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: sdollar@fulbright.com

Mark Oakes (admitted *pro hac vice*)
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
Email: moakes@fulbright.com

*Attorneys for Defendants A. Carl Mudd and Sheldon B. Saidman*

Date Aug. 19, 2013

IT IS SO ORDERED.

_____
Honorable Thomas P. Griesa
United States District Judge